UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

C. ROBERT ALLEN, III, by LUKE ALLEN
As Guardian for the Property Management
Of C. Robert Allen, III,

                *Plaintiff*,

-vs-

CHRISTOPHER DEVINE, BRUCE BUZIL,
LAKESHORE MEDIA, LLC, MILLCREEK
BROADCASTING LLC, COLLEGE CREEK
MEDIA LLC, MARATHON MEDIA GROUP,
LLC, 3 POINT MEDIA – SALT LAKE CITY,
LLC, 3 POINT MEDIA DELTA, LLC, 3 POINT
MEDIA – UTAH, LLC, 3 POINT MEDIA-
FRANKLIN, LLC, 3 POINT MEDIA-
PRESCOTT VALLEY, LLC, 3 POINT MEDIA
COALVILLE, LLC, 3 POINT MEDIA-
ARIZONA, LLC, 3 POINT MEDIA-FLORIDA,
LLC, 3 POINT MEDIA-KANSAS, LLC, 3
POINT MEDIA-OGDEN, LLC, 3 POINT
MEDIA- SAN FRANCISCO, LLC,
MIDVALLEY RADIO PARTNERS, LLC, D&B
TOWERS LLC, SUPERIOR BROADCASTING
OF NEVADA, LLC, SUPERIOR
BROADCASTING OF DENVER, LLC,
WACKENBURG ASSOCIATES, LLC,
PORTLAND BROADCASTING, LLC,
DESERT SKY MEDIA, LLC and John Does 1-
50,

                *Defendants*.

Civil Action No.
2:09-cv-00668-ADS-MLO

---

### STIPULATION EXTENDING DEFENDANT BRUCE BUZIL's TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned counsel for the parties that the time for Defendant Bruce Buzil to answer or otherwise respond to

SYLIB01\680852\1

the Complaint in the above-captioned matter is hereby extended from March 12, 2009 to March 20, 2009.

Dated: March 11, 2009

| | |
|---|---|
| **HISCOCK & BARCLAY, LLP** | **COHEN & GRESSER, LLP** |
| _____ | _____ |
| Robert A. Barrer, RB-0655 | Nathaniel P.T. Read, NR-8807 |
| *Attorneys for Defendant Bruce Buzil* | *Attorneys for Plaintiff* |
| Office and Post Office Address | Office and Post Office Address |
| One Park Place | 100 Park Avenue, 23rd Floor |
| 300 South State Street | New York, New York 10017 |
| Syracuse, New York 13202 | Telephone: (212) 957-7600 |
| Telephone: (315) 425-2704 | Facsimile: (212) 957-4514 |
| Fax: (315) 425-8544 | Email: *nread@cohengresser.com* |
| Email: *rbarrer@hblaw.com* | |

It is So Ordered:

Dated: March __, 2009
Central Islip, New York

_____
Hon. Arthur D. Spatt, U.S.D.J.