AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __New York__

C. ROBERT ALLEN, III, by LUKE ALLEN,
as Guardian for the Property Management
of C. Robert Allen, III,
                          Plaintiff,
      - against -
CHRISTOPHER DEVINE, et al.
                         Defendants.

**APPEARANCE**

Case Number: 09 Civ. 0668

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant D & B Towers LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/12/2009 | *(signature)* |
| Date | /Signature |
| | Nicholas Fortuna, Allyn & Fortuna LLP     NF-9191 |
| | Print Name                                            Bar Number |
| | 200 Madison Avenue, Suite 510 |
| | Address |
| | New York      New York      10016 |
| | City              State              Zip Code |
| | (212) 213-8844        (212) 213-3318 |
| | Phone Number                        Fax Number |