UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
C. ROBERT ALLEN, III, by LUKE ALLEN, as Guardian for
the Property Management of C. Robert Allen, III,

                Plaintiff,

           - against -

CHRISTOPHER DEVINE, BRUCE BUZIL, LAKESHORE MEDIA, LLC, MILLCREEK BROADCASTING LLC, COLLEGE CREEK MEDIA LLC, MARATHON MEDIA GROUP, LLC, 3 POINT MEDIA – SALT LAKE CITY, LLC, 3 POINT MEDIA DELTA, LLC, 3 POINT MEDIA – UTAH, LLC, 3 POINT MEDIA – FRANKLIN, LLC, 3 POINT MEDIA – PRESCOTT VALLEY, LLC, 3 POINT MEDIA – COALVILLE, LLC, 3 POINT MEDIA - ARIZONA, LLC, 3 POINT MEDIA - FLORIDA, LLC, 3 POINT MEDIA - KANSAS, LLC, 3 POINT MEDIA - OGDEN, LLC, 3 POINT MEDIA - SAN FRANCISCO, LLC, MIDVALLEY RADIO PARTNERS, LLC, D&B TOWERS LLC, SUPERIOR BROADCASTING OF NEVADA, LLC, SUPERIOR BROADCASTING OF DENVER, LLC, WACKENBURG ASSOCIATES, LLC, PORTLAND BROADCASTING LLC, DESERT SKY MEDIA LLC, SKY MEDIA LLC, and John Does 1-50,

                Defendants.
------------------------------------------------------------------------ x

**Case No. 09 Civ. 0668 (ADS) (MLO)**

**STIPULATION AND ORDER**

It is hereby stipulated and agreed, by and between the undersigned counsel, as follows:

(1) The time for Defendant D & B Towers LLC to answer or otherwise respond to the Complaint is extended from March 16, 2009 through and including April 6, 2009;

(2) This Stipulation may be signed in counterparts; and

(3)     Facsimile signatures of this Stipulation shall have the same force and effect as original signatures.

Dated: New York, New York
       March 11, 2009

| COHEN & GRESSER LLP | ALLYN & FORTUNA LLP |
|---|---|
| By: *[signature]* <br> Lawrence T. Gresser <br> ltgresser@cohengresser.com <br> Alexandra S. Wald <br> awald@cohengresser.com <br> Nathaniel P.T. Read <br> nread@cohengresser.com <br><br> 100 Park Avenue, 23rd Floor <br> New York, New York  10017 <br> Telephone:  (212) 757-7600 <br> Facsimile:  (212) 957-4514 <br><br> *Attorneys for Plaintiff* | By: *[signature]* <br> Nicholas Fortuna <br> nfortuna@allynfortuna.com <br><br> 200 Madison Avenue, Suite 510 <br> New York, New York  10016 <br> Telephone:  (212) 213-8844 <br> Facsimile:  (212) 213-3318 <br><br> *Attorneys for Defendant D & B Towers LLC* |

So Ordered: _____        Dated:
            Hon. Arthur D. Spatt
            United States District Judge

2