Kevin J. O'Connor, Esq. (KO-3825)
PECKAR & ABRAMSON, P.C.
41 Madison Avenue, 20th Floor
New York, NY 10010
Tel: (212) 382-0909
Fax: (212) 382-3456
koconnor@pecklaw.com
*Attorneys for Defendants*
*Christopher Devine, Lakeshore Media, LLC,*
*Millcreek Broadcasting LLC, College Creek*
*Media LLC, Marathon Media Group, LLC,*
*3 Point Media – Salt Lake City, LLC, 3 Point*
*Media Delta, LLC, 3 Point Media – Utah, LLC,*
*3 Point Media – Franklin, LLC, 3 Point Media – Prescott*
*Valley, LLC, 3 Point Media – Coalville, LLC, 3 Point*
*Media – Arizona, LLC, 3 Point Media – Florida, LLC,*
*3 Point Media – Kansas, LLC, 3 Point Media – Ogden, LLC,*
*3 Point Media – San Francisco, LLC, Midvalley Radio Partners,*
*LLC, Superior Broadcasting Of Nevada, LLC, Superior*
*Broadcasting Of Denver, LLC, Wackenburg Associates,*
*LLC, Portland Broadcasting LLC, Desert Sky Media LLC, Sky Media LLC*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| C. ROBERT ALLEN, III by LUKE ALLEN, as Guardian for the Property Management of C. Robert Allen, III,<br><br>Plaintiff,<br><br>- against -<br><br>CHRISTOPHER DEVINE, BRUCE BUZIL, LAKESHORE MEDIA, LLC, MILLCREEK BROADCASTING LLC, COLLEGE CREEK MEDIA LLC, MARATHON MEDIA GROUP, LLC, 3 POINT MEDIA – SALT LAKE CITY, LLC, 3 POINT MEDIA DELTA, LLC, 3 POINT MEDIA – UTAH, LLC; 3 POINT MEDIA – FRANKLIN, LLC, 3 POINT MEDIA – PRESCOTT VALLEY, LLC, 3 POINT MEDIA – COALVILLE, LLC, 3 POINT MEDIA – ARIZONA, LLC, 3 POINT MEDIA – FLORIDA, LLC, 3 POINT MEDIA – KANSAS, LLC, 3 POINT MEDIA – OGDEN, LLC, 3 POINT MEDIA – SAN FRANCISCO, LLC, MIDVALLEY RADIO PARTNERS, LLC, D&B TOWERS LLC, | Civil Action No.: 09-0668<br><br><br><br><br>**NOTICE OF APPEARANCE** |

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

.01/03/13/09                                      1

SUPERIOR BROADCASTING OF NEVADA, LLC,
SUPERIOR BROADCASTING OF DENVER, LLC,
WACKENBURG ASSOCIATES, LLC, PORTLAND
BROADCASTING LLC, DESERT SKY MEDIA
LLC, SKY MEDIA LLC, and John Does 1-50,

Defendants.

**PLEASE TAKE NOTICE** that Kevin J. O'Connor, Esq. hereby appears on behalf of Defendants Christopher Devine, Lakeshore Media, LLC, Millcreek Broadcasting LLC, College Creek Media LLC, Marathon Media Group, LLC, 3 Point Media – Salt Lake City, LLC, 3 Point Media Delta, LLC, 3 Point Media – Utah, LLC, 3 Point Media – Franklin, LLC, 3 Point Media – PrescottValley, LLC, 3 Point Media – Coalville, LLC, 3 Point Media – Arizona, LLC, 3 Point Media – Florida, LLC, 3 Point Media – Kansas, LLC, 3 Point Media – Ogden, LLC, 3 Point Media – San Francisco, LLC, Midvalley Radio Partners, LLC, Superior Broadcasting Of Nevada, LLC, Superior Broadcasting Of Denver, LLC, Wackenburg Associates, LLC, Portland Broadcasting LLC, Desert Sky Media LLC, and Sky Media LLC, in the above-captioned action.

Dated:  March 13, 2009

PECKAR & ABRAMSON, P.C.
Attorneys for

By: *[signature]*
Kevin J. O'Connor (KO 3825)
41 Madison Avenue, 20th Floor
New York, NY 10010
Tel: (201) 343-3434
Fax: (201) 343-6306
koconnor@pecklaw.com

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

.01/03/13/09                                                   2

## CERTIFICATION OF SERVICE

I, Kevin J. O'Connor, Esq., an attorney admitted to practice law before the courts of this State, certify under penalty of perjury that:

On this date, I served a true copy of the attached Notice of Appearance via first class mail to the following parties:

>Nathaniel P. T. Read, Esq.
>COHEN & GRESSLER, LLP
>100 Park Avenue, 23rd Floor
>New York, NY 10017
>Attorneys for Plaintiffs

>Robert A. Barrer, Esq.
>HISCOCK & BARCLAY, LLP
>One Park Place
>300 South State Street
>Syracuse, NY 13202
>Attorneys for Defendant Bruce Buzil

>Nicholas Fortuna, Esq.
>Allyn & Fortuna, LLP
>200 Madison Avenue, Suite 510
>New York, NY 10016
>Attorneys for Defendant K&B Towers, LLC

Dated: March 13, 2009

_____
Kevin J. O'Connor, Esq. (KO-3825)