UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
C. ROBERT ALLEN III, by LUKE ALLEN, as
Guardian for the Property Management of C.
Robert Allen, III,

                        Plaintiff,

       - against -

APPLIANCE PRODUCTION CORP.,,

                      Defendant.
----------------------------------X

**ORDER**
CV 09-0668 (ADS)

**ORENSTEIN, Magistrate Judge:**

      Presently before the Court is attorney Mark L. Callister's application to be admitted *pro hac vice* in this action. Mark L. Callister, Esq. is a member in good standing of the Bar of the State of Utah.

      Having found that the application complies with the provisions of Rule 1.3(c) of the Local Rules of the Southern and Eastern Districts of New York, it is hereby

      **ORDERED** that the application is **GRANTED**, and Mark L. Callister, Esq. is admitted *pro hac vice* for all purposes in this action and it is further

      **ORDERED** that Mark L. Callister, Esq. is directed to file a notice of appearance in this action and register with ECF and it is further

      **ORDERED** that the movant is directed to serve copies of this order upon all parties and file proof of such service with the Clerk of the Court, along with the required $25 admission fee by April 17, 2009.

      **IT IS SO ORDERED.**

Dated:      Central Islip, New York
              April 2, 2009

                                                        MICHAEL L. ORENSTEIN
                                                          United States Magistrate Judge