UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
C. ROBERT ALLEN III, BY Luke Allen,
as Guardian for the Property Management of
C. Robert Allen, III,

                    Plaintiff,                    **ORDER**

      -against-                              CV 09-0668 (ADS)

CHRISTOPHER DEVINE, *et al.*,

                    Defendants.
-------------------------------------------------------X

**ORENSTEIN, MICHAEL L., U.S. Magistrate Judge:**

      The conference scheduled for **June 8, 2009 is adjourned.**

      All parties are directed to appear at a conference to be held in this case at **11:30 a.m.** on **July 9, 2009** before Michael L. Orenstein, United States Magistrate Judge, at the **Long Island Federal Courthouse, N. Spur Drive at Carleton Avenue, Courtroom 840, Central Islip, New York.**

      Plaintiff is directed to serve and file a Civil RICO Statement in conformity with the enclosed Civil RICO Statement.

      The Clerk is directed to mail a copy of this Order to counsel for all parties appearing in this case.

      **SO ORDERED.**

Dated: Central Islip, New York
       June 3, 2009

                                                                           MICHAEL L. ORENSTEIN
                                                                  United States Magistrate Judge