UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
C. ROBERT ALLEN, III,

                 Plaintiff(s),

-against-

CHRISTOPHER DEVINE, *et al.*,

                 Defendant(s).
-----------------------------------------------------------------X

**ORDER**

CV 09-0668 (ADS)

      Due to a change in the Court's schedule, the conference scheduled for **July 22, 2010** is adjourned to **August 4, 2010 at 11:00 a.m.** before Michael L. Orenstein, United States Magistrate Judge, at the **Long Island Federal Courthouse, N. Spur Drive at Carleton Avenue, Courtroom 840, Central Islip, New York.**

      The Clerk is directed to mail a copy of this Order to counsel for all parties appearing in this case.

**SO ORDERED.**

Dated: Central Islip, New York
       July 19, 2010

                                            MICHAEL L. ORENSTEIN
                                            United States Magistrate Judge