& BARCLAY LLP

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NEW YORK 13202
T 315.425.2700 • F 315.425.2701

ALAN R. PETERMAN
PARTNER

DIRECT DIAL 315.425.2775
DIRECT FAX 315.425.8575
APETERMAN@HBLAW.COM

July 27, 2010

**VIA CM/ECF**

Hon. Michael L. Orenstein
U.S. Magistrate Judge
U.S. District Court for the Eastern District of New York
U.S. Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

    Re:    <u>Allen v. Devine</u>
           Civil Action No. 2:09-cv-00668-ADS-MLO

Dear Magistrate Judge Orenstein:

    By Memorandum of Decision and Order dated July 24, 2010, Judge Orenstein granted Defendant Bruce Buzil's motion to dismiss the Plaintiff's Amended Complaint in the above-referenced action and dismissed Mr. Buzil from the action. This letter is to inquire whether, in light of the aforementioned dismissal, my appearance at next week's status conference will be required.

    Please let me know whether my appearance is necessary. Thank you for your consideration in this matter.

Respectfully,

Alan R. Peterman
AP-1698

ARP:
cc:    All Counsel of Record
        Via CM/ECF

*[Handwritten annotation dated 7/29/10: "If the defendant, Buzil has been dismissed then counsel need not appear unless there is a cross-claim against him presented by a surviving defendant. So Ordered ~ USMJ"]*

SYLIB01\776915\1

WWW.HBLAW.COM