**HISCOCK & BARCLAY** LLP

ALAN R. PETERMAN
PARTNER

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NEW YORK 13202
T 315.425.2700 • F 315.425.2701

DIRECT DIAL 315.425.2775
DIRECT FAX 315.425.8575
APETERMAN@HBLAW.COM

August 2, 2010

**VIA CM/ECF**

Hon. Michael L. Orenstein
U.S. Magistrate Judge
U.S. District Court for the Eastern District of New York
U.S. Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Re: Allen v. Devine
Civil Action No. 2:09-cv-00668-ADS-MLO

Dear Magistrate Judge Orenstein:

I am in receipt of the Court's July 27, 2010 Order concerning my appearance at the status conference scheduled for August 4, 2010 (Dkt. No. 178). Mr. Buzil has not been named in any cross-claims in the above-referenced action. I will, therefore, not be appearing at the conference on August 4, 2010. Thank you for your consideration in this matter.

Respectfully,

*Alan R. Peterman*

Alan R. Peterman
AP-1698

ARP:

cc:   All Counsel of Record
      **Via CM/ECF**

SYLIB01\778021\1

WWW.HBLAW.COM