BEFORE: MICHAEL L. ORENSTEIN  DATE August 4, 2010
UNITED STATES MAGISTRATE JUDGE  TIME ON: 11:00
                                 TIME OFF:_____

DOCKET# 09-668_____        ASSIGNED JUDGE: SPATT_____

CASE NAME: Allen v. Devine_____

                    CIVIL CONFERENCE


Initial___   Status X  Discovery ____   Settlement____

Pretrial___  Pre-Motion ____

Motion_____

ESR TIME #_____

APPEARANCES:  Plaintiff   _____

              Defendant   _____

Discovery completed by   2/15/11  (all fact discovery)

*The discovery completion date specified in any pre-trial order is
the last day to serve discovery responses.  To be timely, discovery
requests must be served sufficiently in advance of the discovery
completion date for responses to be served prior to the discovery
completion date.

Next _____ conference   9/28/10 at 11:00 AM
Pre-Trial Order filed by   _____

              Plaintiff   _____

              Defendant   _____

THE FOLLOWING RULINGS WERE MADE:

Court and counsel discussed search terms re: the Arnold & Porter documents. Counsel will report their progress on the document production at next conference.