BEFORE: **E. THOMAS BOYLE**  DATE: FEBRUARY 24, 2011
UNITED STATES MAGISTRATE JUDGE  TIME: 11:00 A.M.

ASSIGNED JUDGE: **SPATT**

DOCKET NO. **CV-09-668** CASE: **ALLEN V. DEVINE** — FTR = 11:15 – 11:35

## CIVIL CONFERENCE

Initial __ Status **X** Discovery __ Settlement ____ Final Pre-trial ____

Motion :

Automatic Discovery: Has been (____) Has Not Been (____) Completed.

APPEARANCES:  Plaintiff  Defendant

Nathaniel P.T. Read  Kevin J. O'Connor → Devine (All other D's)
  Megan J. Muoio — (A D & B Towers)

* Discovery completed by  fact 8/1/11
  experts 11/1/11

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next  FTC conference  2/7/12 at 2:00pm by phone

Pre-Trial Order filed by  _____

    Plaintiff  _____

    Defendant  _____

THE FOLLOWING RULINGS WERE MADE:

1. Plaintiff(s) shall serve all automatic disclosure (Rule 26(a)(1)) by  _____
   Defendant(s) shall serve all automatic disclosure (Rule 26(a)(1)) by  _____

2. The parties shall serve document production/interrogatory demands by  _____
   The parties shall respond to outstanding document production/
        interrogatories by  _____

So ordered

/s/ E. Thomas Boyle, U.S.M.J.