UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x
C. ROBERT ALLEN, III, by LUKE ALLEN, as Guardian for the Property Management of C. Robert Allen, III,

                Plaintiff,

- against -

CHRISTOPHER DEVINE, LAKESHORE MEDIA, LLC, MILLCREEK BROADCASTING LLC, COLLEGE CREEK MEDIA LLC, MARATHON MEDIA GROUP, LLC, 3 POINT MEDIA – SALT LAKE CITY, LLC, 3 POINT MEDIA DELTA, LLC, 3 POINT MEDIA – UTAH, LLC, 3 POINT MEDIA – FRANKLIN, LLC, 3 POINT MEDIA – PRESCOTT VALLEY, LLC, 3 POINT MEDIA – COALVILLE, LLC, 3 POINT MEDIA - ARIZONA, LLC, 3 POINT MEDIA - FLORIDA, LLC, 3 POINT MEDIA - KANSAS, LLC, 3 POINT MEDIA - OGDEN, LLC, 3 POINT MEDIA - SAN FRANCISCO, LLC, MIDVALLEY RADIO PARTNERS, LLC, D&B TOWERS LLC, SUPERIOR BROADCASTING OF NEVADA, LLC, SUPERIOR BROADCASTING OF DENVER, LLC, WACKENBURG ASSOCIATES, LLC, PORTLAND BROADCASTING LLC, DESERT SKY MEDIA LLC, SKY MEDIA LLC, DEVINE RACING MANAGEMENT, LLC, ACB CONSULTING, CO., and John Does 1-50,

                Defendants.
-------------------------------------------------------------------------- x

09 Civ. 0668 (ADS) (ETB)

**SUGGESTION OF DEATH UPON THE RECORD**

      PLEASE TAKE NOTICE pursuant to Fed. R. Civ. P. 25(a)(1) of the death of plaintiff C. Robert Allen, III during the pendency of this action.

Dated: New York, New York
     March 17, 2011

                          COHEN & GRESSER LLP

                          By:_____/s/_____
                              Alexandra Wald
                              awald@cohengresser.com

                              Nathaniel P.T. Read
                              nread@cohengresser.com

                              Harvey B. Silikovitz
                              hsilikovitz@cohengresser.com

                              800 Third Avenue, 21st Floor
                              New York, New York  10022
                              (212) 957-7600

                              *Former Attorneys for C. Robert Allen, III by his*
                              *Former Guardian of Property Management*