AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| C. Robert Allen, III, by Luke Allen as Guardian | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   09 Civ. 0668 (ADS) (ETB) |
| Christopher Devine, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third-Party Defendant, Luke Allen                                                                                  .

Date: _____03/31/2011_____

_____/s_____
*Attorney's signature*

Alexandra Wald 0225
*Printed name and bar number*

Cohen & Gresser LLP
800 Third Avenue Floor 21
New York, New York 10022

*Address*

awald@cohengresser.com
*E-mail address*

(212) 957-7007
*Telephone number*

(212) 957-4514
*FAX number*