UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
C. ROBERT ALLEN, III, by LUKE ALLEN, as Guardian for the
Property Management of C. Robert Allen, III,

                            Plaintiff,

- against -

CHRISTOPHER DEVINE, LAKESHORE MEDIA, LLC,
MILLCREEK BROADCASTING LLC, COLLEGE CREEK
MEDIA LLC, MARATHON MEDIA GROUP, LLC, 3 POINT
MEDIA–SALT LAKE CITY, LLC, 3 POINT MEDIA DELTA,
LLC, 3 POINT MEDIA–UTAH, LLC, 3 POINT MEDIA–
FRANKLIN, LLC, 3 POINT MEDIA–PRESCOTT VALLEY,
LLC, 3 POINT MEDIA–COALVILLE, LLC, 3 POINT MEDIA–
ARIZONA, LLC, 3 POINT MEDIA–FLORIDA, LLC, 3 POINT
MEDIA–KANSAS, LLC, 3 POINT MEDIA–OGDEN, LLC, 3
POINT MEDIA–SAN FRANCISCO, LLC, MIDVALLEY RADIO
PARTNERS, LLC, D&B TOWERS LLC, SUPERIOR
BROADCASTING OF NEVADA, LLC, SUPERIOR
BROADCASTING OF DENVER, LLC, WACKENBURG
ASSOCIATES, LLC, PORTLAND BROADCASTING LLC,
DESERT SKY MEDIA LLC, SKY MEDIA LLC, DEVINE
RACING MANAGEMENT, LLC, ACB CONSULTING CO., and
John Does 1-50,

                            Defendants.
----------------------------------------------------------------x
CHRISTOPHER DEVINE, LAKESHORE MEDIA, LLC,
MILLCREEK BROADCASTING LLC, COLLEGE CREEK
MEDIA LLC, MARATHON MEDIA GROUP, LLC, 3 POINT
MEDIA–SALT LAKE CITY, LLC, 3 POINT MEDIA DELTA,
LLC, 3 POINT MEDIA–UTAH, LLC, 3 POINT MEDIA–
FRANKLIN, LLC, 3 POINT MEDIA–PRESCOTT VALLEY,
LLC, 3 POINT MEDIA–COALVILLE, LLC, 3 POINT MEDIA–
ARIZONA, LLC, 3 POINT MEDIA–FLORIDA, LLC, 3 POINT
MEDIA–KANSAS, LLC, 3 POINT MEDIA–OGDEN, LLC, 3
POINT MEDIA–SAN FRANCISCO, LLC, MIDVALLEY RADIO
PARTNERS, LLC, SUPERIOR BROADCASTING OF
NEVADA, LLC, SUPERIOR BROADCASTING OF DENVER,
LLC, WACKENBURG ASSOCIATES, LLC, PORTLAND
BROADCASTING LLC, DESERT SKY MEDIA LLC, SKY
MEDIA LLC, and ACB CONSULTING CO.,

                            Third-Party Plaintiffs,

- against -

LUKE ALLEN,

                            Third-Party Defendant.
----------------------------------------------------------------x

**Case No. 09 Civ. 0668 (ADS) (ETB)**

**STIPULATION AND ORDER**

It is hereby stipulated and agreed, by and between the undersigned counsel for the parties listed below, as follows:

1. Third-Party Defendant Luke Allen shall have through and until May 2, 2011 to respond to the Third-Party Complaint. Mr. Allen will not raise any defense under Fed. R. Civ. P. 12(b)(5).

2. This Stipulation may be signed in counterparts.

3. Facsimile signatures of this Stipulation shall have the same force and effect as original signatures.

Dated: New York, New York
March 31, 2011

| COHEN & GRESSER LLP | PECKAR & ABRAMSON, P.C. |
|---|---|
| By: *[signature]* <br> Alexandra S. Wald <br> awald@cohengresser.com <br> Nathaniel P.T. Read <br> nread@cohengresser.com | By: *[signature]* <br> Daniel E. Budorick <br> dbudorick@pecklaw.com <br> David J. Scriven-Young <br> dscriven-young@pecklaw.com |
| 800 Third Avenue, 21st Floor <br> New York, New York 10022 <br> Telephone: (212) 757-7600 <br> Facsimile: (212) 957-4514 | 208 South La Salle Street, Suite 1356 <br> Chicago, Illinois 60604 <br> Telephone: (312) 881-6300 <br> Facsimile: (312) 435-2482 |
| *Attorneys for Third-Party Defendant Luke Allen* | *Attorneys for Third-Party Plaintiffs* |

So Ordered: _____     Dated:
        Hon. Arthur D. Spatt
        United States District Judge