

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
C. ROBERT ALLEN, III, by LUKE ALLEN, as Guardian for the Property Management of C. Robert Allen, III,

         Plaintiff,

- against -

CHRISTOPHER DEVINE, LAKESHORE MEDIA, LLC, MILLCREEK BROADCASTING LLC, COLLEGE CREEK MEDIA LLC, MARATHON MEDIA GROUP, LLC, 3 POINT MEDIA–SALT LAKE CITY, LLC, 3 POINT MEDIA DELTA, LLC, 3 POINT MEDIA–UTAH, LLC, 3 POINT MEDIA–FRANKLIN, LLC, 3 POINT MEDIA–PRESCOTT VALLEY, LLC, 3 POINT MEDIA–COALVILLE, LLC, 3 POINT MEDIA–ARIZONA, LLC, 3 POINT MEDIA–FLORIDA, LLC, 3 POINT MEDIA–KANSAS, LLC, 3 POINT MEDIA–OGDEN, LLC, 3 POINT MEDIA–SAN FRANCISCO, LLC, MIDVALLEY RADIO PARTNERS, LLC, D&B TOWERS LLC, SUPERIOR BROADCASTING OF NEVADA, LLC, SUPERIOR BROADCASTING OF DENVER, LLC, WACKENBURG ASSOCIATES, LLC, PORTLAND BROADCASTING LLC, DESERT SKY MEDIA LLC, SKY MEDIA LLC, DEVINE RACING MANAGEMENT, LLC, ACB CONSULTING CO., and John Does 1-50,

         Defendants.
-------------------------------------------------------------x
CHRISTOPHER DEVINE, LAKESHORE MEDIA, LLC, MILLCREEK BROADCASTING LLC, COLLEGE CREEK MEDIA LLC, MARATHON MEDIA GROUP, LLC, 3 POINT MEDIA–SALT LAKE CITY, LLC, 3 POINT MEDIA DELTA, LLC, 3 POINT MEDIA–UTAH, LLC, 3 POINT MEDIA–FRANKLIN, LLC, 3 POINT MEDIA–PRESCOTT VALLEY, LLC, 3 POINT MEDIA–COALVILLE, LLC, 3 POINT MEDIA–ARIZONA, LLC, 3 POINT MEDIA–FLORIDA, LLC, 3 POINT MEDIA–KANSAS, LLC, 3 POINT MEDIA–OGDEN, LLC, 3 POINT MEDIA–SAN FRANCISCO, LLC, MIDVALLEY RADIO PARTNERS, LLC, SUPERIOR BROADCASTING OF NEVADA, LLC, SUPERIOR BROADCASTING OF DENVER, LLC, WACKENBURG ASSOCIATES, LLC, PORTLAND BROADCASTING LLC, DESERT SKY MEDIA LLC, SKY MEDIA LLC, and ACB CONSULTING CO.,

         Third-Party Plaintiffs,

- against -

LUKE ALLEN,

         Third-Party Defendant.
-------------------------------------------------------------x

Case No. 09 Civ. 0668 (ADS) (ETB)

STIPULATION AND ORDER

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   APR 01 2011   ★

LONG ISLAND OFFICE

It is hereby stipulated and agreed, by and between the undersigned counsel for the parties listed below, as follows:

1. Third-Party Defendant Luke Allen shall have through and until May 2, 2011 to respond to the Third-Party Complaint. Mr. Allen will not raise any defense under Fed. R. Civ. P. 12(b)(5).

2. This Stipulation may be signed in counterparts.

3. Facsimile signatures of this Stipulation shall have the same force and effect as original signatures.

Dated: New York, New York
       March 31, 2011

| COHEN & GRESSER LLP | PECKAR & ABRAMSON, P.C. |
|---|---|
| By: _____<br>Alexandra S. Wald<br>awald@cohengresser.com<br>Nathaniel P.T. Read<br>nread@cohengresser.com | By: _____<br>Daniel E. Budorick<br>dbudorick@pecklaw.com<br>David J. Scriven-Young<br>dscriven-young@pecklaw.com |
| 800 Third Avenue, 21st Floor<br>New York, New York 10022<br>Telephone: (212) 757-7600<br>Facsimile: (212) 957-4514 | 208 South La Salle Street, Suite 1356<br>Chicago, Illinois 60604<br>Telephone: (312) 881-6300<br>Facsimile: (312) 435-2482 |
| *Attorneys for Third-Party Defendant Luke Allen* | *Attorneys for Third-Party Plaintiffs* |

So Ordered: _____       Dated: 4/1/11
            Hon. Arthur D. Spatt
            United States District Judge

2