UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                               :

C. ROBERT ALLEN, III by LUKE ALLEN, as Guardian for    :      09-cv-0668
the Property Management of C. Robert Allen, III,           :

                                Plaintiff,          :      (ADS) (ETB)

                                               :

                       - against –          :      **NOTICE OF**
                                               :      **MOTION TO**
                                               :      **DISMISS THE**
CHRISTOPHER DEVINE, *et al.*,                      :      **THIRD-PARTY**
                                               :      **COMPLAINT FOR**
                           Defendants.         :      **LACK OF SUBJECT**
                                               :      **MATTER**
------------------------------------------------------------------ x      **JURISDICTION AND**
                                               :      **FAILURE TO STATE**
CHRISTOPHER DEVINE, *et al.*,                      :      **A CLAIM**

                          Third-Party Plaintiffs,     :

                       - against -          :

LUKE ALLEN,                                       :

                         Third-Party Defendant.    :

------------------------------------------------------------------ x

      PLEASE TAKE NOTICE that, upon the annexed Declaration of Alexandra Wald dated

May 2, 2011, with exhibits attached thereto, the accompanying Memorandum of Law and all

prior papers, pleadings, and proceedings in this action, third-party defendant Luke Allen, by his

undersigned attorneys, Cohen & Gresser LLP, will move this Court before the Honorable Arthur

D. Spatt, at the United States District Court for the Eastern District of New York, 290 Federal

Plaza, Central Islip, New York on a date and time to be determined by the Court or as soon

thereafter as counsel can be heard, for an order (1) dismissing the Third-Party Complaint in its

entirety for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), 14 and 18 and due to lack

of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1), 14 and 18, and (2) granting

such other and further relief as this Court deems just and proper.

Dated: New York, New York
        May 2, 2011
                                        COHEN & GRESSER LLP


                                        By:_____/s/_____
                                           Alexandra Wald
                                           awald@cohengresser.com

                                           Nathaniel P.T. Read
                                           nread@cohengresser.com

                                           Harvey B. Silikovitz
                                           hsilikovitz@cohengresser.com

                                           800 Third Avenue, 21st Floor
                                           New York, New York  10022
                                           (212) 957-7600

                                           *Attorneys for Third-Party Defendant Luke Allen*