UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| C. ROBERT ALLEN, III by LUKE ALLEN, as Guardian for the Property Management of C. Robert Allen, III,<br><br>             Plaintiff,<br><br>  - against -<br><br>CHRISTOPHER DEVINE, LAKESHORE MEDIA, LLC, MILLCREEK BROADCASTING LLC, COLLEGE CREEK MEDIA LLC, MARATHON MEDIA GROUP, LLC, 3 POINT MEDIA – SALT LAKE CITY, LLC, 3 POINT MEDIA DELTA, LLC, 3 POINT MEDIA – UTAH, LLC; 3 POINT MEDIA – FRANKLIN, LLC, 3 POINT MEDIA – PRESCOTT VALLEY, LLC, 3 POINT MEDIA – COALVILLE, LLC, 3 POINT MEDIA – ARIZONA, LLC, 3 POINT MEDIA – FLORIDA, LLC, 3 POINT MEDIA – KANSAS, LLC, 3 POINT MEDIA – OGDEN, LLC, 3 POINT MEDIA – SAN FRANCISCO, LLC, MIDVALLEY RADIO PARTNERS, LLC, D&B TOWERS LLC, SUPERIOR BROADCASTING OF NEVADA, LLC, SUPERIOR BROADCASTING OF DENVER, LLC, WACKENBURG ASSOCIATES, LLC, PORTLAND BROADCASTING LLC, DESERT SKY MEDIA LLC, SKY MEDIA LLC, DEVINE RACING MANAGEMENT, LLC, ACB CONSULTING CO., and John Does 1-50,<br><br>             Defendants. | Civil Action No.:<br><br>09-0668-ADS-ETB<br><br><br><br>**NOTICE OF MOTION TO SUBSTITUTE** |
| CHRISTOPHER DEVINE, LAKESHORE MEDIA, LLC, MILLCREEK BROADCASTING LLC, COLLEGE CREEK MEDIA LLC, MARATHON MEDIA GROUP, LLC, 3 POINT MEDIA – SALT LAKE CITY, LLC, 3 POINT MEDIA DELTA, LLC, 3 POINT MEDIA – UTAH, LLC; 3 POINT MEDIA – FRANKLIN, LLC, 3 POINT MEDIA – PRESCOTT VALLEY, LLC, 3 POINT MEDIA – COALVILLE, LLC, 3 POINT MEDIA – ARIZONA, LLC, 3 POINT MEDIA – FLORIDA, LLC, 3 POINT MEDIA – KANSAS, LLC, 3 POINT MEDIA – OGDEN, LLC, 3 POINT MEDIA – SAN FRANCISCO, LLC, MIDVALLEY RADIO PARTNERS, LLC, SUPERIOR BROADCASTING OF NEVADA, LLC, SUPERIOR BROADCASTING OF DENVER, LLC, WACKENBURG ASSOCIATES, LLC, PORTLAND BROADCASTING LLC, DESERT SKY MEDIA LLC, SKY MEDIA LLC, and ACB CONSULTING CO.,<br><br>             Third-Party Plaintiffs,<br><br>  - against -<br><br>LUKE ALLEN,<br><br>Third-Party Defendant. | |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of David J. Scriven-Young, with attached exhibits, Defendant/Third-Party Plaintiff Christopher Devine will move this Court at the United States Courthouse, Eastern District of New York, 100 Federal Plaza, Central Islip, New York, New York, 11722, on a date and at a time to be determined by the Court, for an Order pursuant to Rule 25 of the Federal Rules of Civil Procedure to substitute Grace Allen, in her capacity as executrix of C. Robert Allen III's estate, for Robert as a counter-defendant.

                                                CHRISTOPHER DEVINE

                                                By: /s/ Kevin J. O'Connor
                                                One of his Attorneys

Thomas J. Curran
Kevin J. O'Connor
**PECKAR & ABRAMSON, P.C.**
41 Madison Avenue, 20th Floor
New York, NY 10010
(212) 382-0909
Fax: (212) 382-3456
tcurran@pecklaw.com
koconnor@pecklaw.com

Dated: June 14, 2011

## CERTIFICATION OF SERVICE

I certify that on June 14, 2011, I filed a copy of the foregoing Motion to Substitute with supporting Memorandum of Law and Declaration, with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to registered counsel electronically.

By: /s/ Kevin J. O'Connor
One of his Attorneys

Thomas J. Curran
Kevin J. O'Connor
**PECKAR & ABRAMSON, P.C.**
41 Madison Avenue, 20th Floor
New York, NY  10010
(212) 382-0909
Fax:  (212) 382-3456
tcurran@pecklaw.com
koconnor@pecklaw.com