Nicholas Fortuna, Esq. (NF-9191)
ALLYN & FORTUNA, LLP
200 Madison Avenue, 5th Floor
New York, New York 10016
Telephone : (212) 213-8844
Facsimile:  (212) 213-3318
*nfortuna@allynfortuna.com*

Mark L. Callister, Esq. (Admitted Pro Hac Vice)
CALLISTER NEBEKER & McCULLOUGH
Zions Bank Building, Suite 900
10 East South Temple
Salt Lake City, Utah 84133
Telephone:  (801) 530-7300
Facsimile:  (801) 364-9127
*mcallister@cnmlaw.com*
**Attorneys for Defendant D&B Towers, LLC**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| C. ROBERT ALLEN, III, by LUKE ALLEN, as Guardian for the Property Management of C. Robert Allen, III,<br><br>Plaintiff,<br>- against -<br><br>CHRISTOPHER DEVINE, LAKESHORE MEDIA, LLC, MILLCREEK BROADCASTING LLC, COLLEGE CREEK MEDIA LLC, MARATHON MEDIA GROUP, LLC, 3 POINT MEDIA – SALT LAKE CITY, LLC, 3 POINT MEDIA DELTA, LLC, 3 POINT MEDIA – UTAH, LLC, 3 POINT MEDIA – FRANKLIN, LLC, 3 POINT MEDIA – PRESCOTT VALLEY, LLC, 3 POINT MEDIA – COALVILLE, LLC, 3 POINT MEDIA – ARIZONA, LLC, 3 POINT MEDIA – FLORIDA, LLC, 3 POINT MEDIA – KANSAS, LLC, 3 POINT MEDIA – OGDEN, LLC, 3 POINT MEDIA – SAN FRANCISCO, LLC, MIDVALLEY RADIO PARTNERS, LLC, D&B TOWERS, LLC, SUPERIOR BROADCASTING OF NEVADA, LLC, SUPERIOR BROADCASTING OF DENVER, LLC, WACKENBURG ASSOCIATES, LLC, PORTLAND BROADCASTING LLC, DESERT SKY MEDIA LLC, SKY MEDIA LLC, SKY MEDIA LLC, DEVINE RACING MANAGEMENT, LLC, ACB CONSULTING CO., RICHARD DAVIS, EXCELSIOR CAPITAL, LLC, SUPERIOR BROADCASTING CO., and John Does 1-50,<br><br>Defendants. | **Case No. 09 Civ. 0668 (ADS) (ETB)**<br><br>**NOTICE OF JOINDER IN MOTION TO SUBSTITUTE** |

562745.1

| |
|---|
| HUMPREY PEAK TOWER, LLC, f/k/a D&B TOWERS, LLC<br><br>Counterclaimant<br><br>- against -<br><br>C. ROBERT ALLEN, III, by LUKE ALLEN, as Guardian for the Property Management of C. Robert Allen, III,<br><br>Counterdefendant. |

**PLEASE TAKE NOTICE** that Defendant and Third Party Plaintiff D&B Towers, LLC ("D&B Towers") hereby joins in the Motion to Substitute (Document 227) filed by Defendant/Third Party Plaintiff Christopher Devine and the Memorandum of Law, with attached exhibits.

For the reasons and law set forth in those pleadings and pursuant to Rule 25 of the FEDERAL RULES OF CIVIL PROCEDURE, D&B Towers moves the Court to substitute Grace Allen, in her capacity as executrix of C. Robert Allen III's estate, for Roberts as a counter-defendant in the Counterclaim action filed by D&B Towers.

                                                D&B TOWERS, LLC

                                      By:   /s/ Mark L. Callister
                                                Attorney for D&B Towers, LLC

Mark L. Callister
CALLISTER NEBEKER & McCULLOUGH
10 East South Temple, Suite 900
Salt Lake City, Utah 84133
Telephone: (801) 530-7425
Facsimile: (801) 364-9127
*mcallister@cnmlaw.com*

562745.1

Nicholas Fortuna, Esq.
ALLYN & FORTUNA, LLP
200 Madison Avenue, 5th Floor
New York, New York 10016
Telephone:  (212) 213-8844
Facsimile:  (212) 213-3318
*nfortuna@allynfortuna.com*
*Attorneys for D&B Towers, LLC*


Dated: June 15, 2011

562745.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **NOTICE OF JOINDER IN MOTION TO SUBSTITUTE** was served by electronic transmission via the U.S. District Court's CM/ECF system, on the 15th day of June2011, on the following:

Lawrence T. Gesser, Esq.
Alexandra Wald, Esq.
Nathaniel P.T. Read, Esq.
Alexis G. Stone, Esq.
Harvey B. Silikovitz, Esq.
**COHEN & GRESSER, LLP**
800 Third Avenue, 21st Floor
New York New York 10022

Kevin J. O'Conner, Esq.
Daniel E. Budorick, Esq.
David Scriven-Young, Esq.
Thomas Jerome Curran, Esq.
Edward Pacer, Esq.
**PECKAR & ABRAMSON, P.C.**
41 Madison Avenue
New York, New York 10010

Alan R. Peterman, Esq.
**HISCOCK & BARCLAY, LLP**
One Park Place
300 South State Street
Syracuse, New York 13202-2078

Judd Burstein, Esq.
**JUDD BURSTEIN, P.C.**
1790 Broadway, Suite 1501
New York, New York 10019

/s/ Mark L. Callister