UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

C. ROBERT ALLEN, III BY LUKE ALLEN, AS
GUARDIAN FOR THE PROPERTY MANAGEMENT
OF C. ROBERT ALLEN, III

*Plaintiff(s)*

- against-

CHRISTOPHER DEVINE, ETAL

*Defendant(s)*

*AFFIDAVIT OF SERVICE*

DOCKET 09-668-ADS-ETB

---

State of New York)
County of New York)   ss.:

ROBERTO REYES, being duly sworn deposes and says: Deponent is not a party to the action herein; is over the age of 18 years and resides in the State of New York.

On MONDAY, JULY 18, 2011 at 02:24 PM at: 24 HICKS LANE, PORT WASHINGTON, NY 11053, Deponent served the within NOTICE OF MOTION TO SUBSTITUTE, MEMORANDUM OF LAW IN SUPPORT OF COUNTER-PLAINTIFF CHRISTOPHER DEVINE'S MOTION TO SUBSTITUTE AND DECLARATION OF DAVID J. SCRIVEN-YOUNG IN SUPPORT OF COUNTER-PLAINTIFF CHRISTOPHER DEVINE'S MOTION TO SUBSTITUTE WITH on: GRACE ALLEN (herein after called the Recipient) named therein, by the following method of service:

**Individual**  By Delivering a true copy of each to said Recipient personally; Deponent knew the person to be so served to be the person described in as said Recipient therein.

**Description**  Deponent describes the person so named, and served as being a WHITE SKINNED FEMALE with BLONDE HAIR, DARK (BROWN) EYES and approximately 66 - 80 YEARS of age, appearing 5' 4" to 5' 8" tall and weighing approximately 131 - 160 LBS. The person so served also had these additional identifying features:

**Military**  Deponent asked the person spoken to whether Defendant was in the active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothing and no military uniform. The source of Deponent's information and the grounds of Deponent's belief are the conversations and observations above narrated.

Deponent certifies that the foregoing statements made by Deponent are true. Deponent is aware that if any of the foregoing statements contained herein are willfully false, that Deponent is subject to penalty and prosecution to the full extent of the law.

Sworn to before me on July 19, 2011

_____
Lisette Reyes
Commissioner of Deeds
City of New York - No.4-6822
Certificate Filed in Queens County
My Commission expires on Oct 1, 2012

_____
ROBERTO REYES
NY Process Server License Number 1001570