**FILED**
IN CLERK'S OFFICE
U S  DISTRICT COURT E.D.N.Y

★     SEP 09 2011     ★

**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____ X

C. ROBERT ALLEN, III, by LUKE ALLEN, as Guardian for the :
Property Management of C. Robert Allen, III,                           :
                                                                                       :
                                                                                       :
                                            Plaintiff,                      :        No. 09-cv-0668
                                                                                       :        (ADS) (ETB)
                              -against-                                   :
                                                                                       :
                                                                                       :
CHRISTOPHER DEVINE, LAKESHORE MEDIA, LLC,    :
MILLCREEK BROADCASTING LLC, COLLEGE CREEK MEDIA  :    ~~PROPOSED~~ ORDER
LLC, MARATHON MEDIA GROUP, LLC, 3 POINT MEDIA- :
SALT LAKE CITY, LLC, 3 POINT MEDIA DELTA, LLC, 3    :
POINT MEDIA-UTAH, LLC, 3 POINT MEDIA-FRANKLIN, LLC,  :
3 POINT MEDIA-PRESCOTT VALLEY, LLC, 3 POINT MEDIA-  :
COALVILLE, LLC, 3 POINT MEDIA-ARIZONA, LLC, 3 POINT  :
MEDIA-FLORIDA, LLC, 3 POINT MEDIA-KANSAS, LLC, 3    :
POINT MEDIA-OGDEN, LLC, 3  POINT MEDIA-SAN          :
FRANCISCO, LLC, MIDVALLEY RADIO PARTNERS, LLC,    :
D&B TOWERS LLC, SUPERIOR BROADCASTING OF          :
NEVADA, LLC, SUPERIOR BROADCASTING OF DENVER,     :
LLC, WACKENBURG ASSOCIATES, LLC, PORTLAND         :
BROADCASTING LLC, DESERT SKY MEDIA LLC, SKY       :
MEDIA LLC, DEVINE RACING MANAGEMENT, LLC, ACB     :
CONSULTING CO., and John Does 1-50,                              :
                                                                                       :
                                            Defendants.                   :
_____ X

CHRISTOPHER DEVINE, LAKESHORE MEDIA, LLC         :
MILLCREEK BROADCASTING LLC, COLLEGE CREEK MEDIA  :
LLC, MARATHON MEDIA GROUP, LLC, 3 POINT MEDIA-   :
SALT LAKE CITY, LLC, 3 POINT MEDIA DELTA, LLC, 3    :
POINT MEDIA-UTAH, LLC, 3 POINT MEDIA-FRANKLIN, LLC  :
3 POINT MEDIA-PRESCOTT VALLEY, LLC, 3 POINT MEDIA-  :
COALVILLE, LLC, 3 POINT MEDIA-ARIZONA, LLC, 3 POINT  :
MEDIA-FLORIDA, LLC, 3 POINT MEDIA-KANSAS, LLC, 3    :
POINT MEDIA-OGDEN, LLC, 3 POINT MEDIA-SAN         :
FRANCISCO, LLC, MIDVALLEY RADIO PARTNERS, LLC    :
SUPERIOR BROADCASTING OF NEVADA, LLC, SUPERIOR   :
BROADCASTING OF DENVER, LLC, WACKENBURG          :
ASSOCIATES, LLC, PORTLAND BROADCASTING LLC,      :
DESERT SKY MEDIA LLC, SKY MEDIA LLC and ACB       :
CONSULTING CO.,                                                           :
                                            Third-Party Plaintiffs,  :
                                                                                       :
                              -against-                                   :
                                                                                       :
LUKE ALLEN,                                                              :
                                            Third-Party Defendant. :
_____ X

## ORDER GRANTING MOTION OF MARK L. CALLISTER TO WITHDRAW AS COUNSEL FOR DEFENDANT D&B TOWERS LLC

**THIS MATTER** having been brought before the Court on the application of Mark L. Callister to withdraw as counsel for defendant D&B TOWERS LLC pursuant to Local Civil Rule 1.4, and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED** that Mark L. Callister is hereby withdrawn as counsel for defendant D&B TOWERS LLC and will be removed from this Court's docket for the instant action; and it is further

ORDERED that remaining counsel for defendant D&B TOWERS LLC shall serve a copy of this Order on defendant D&B TOWERS LLC by first class mail within seven (7) days of the issue hereof.

Dated: Central Islip, New York
        September 1, 2011

J.S.C. U.S.D.J. Arthur D. Spatt