UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

─────────────────────────────────────X
C. ROBERT ALLEN, III, by LUKE ALLEN, as Guardian for the Property Management of C. Robert Allen, III,

                        Plaintiff,

-against-

CHRISTOPHER DEVINE, LAKESHORE MEDIA, LLC, MILLCREEK BROADCASTING LLC, COLLEGE CREEK MEDIA LLC, MARATHON MEDIA GROUP, LLC, 3 POINT MEDIA-SALT LAKE CITY, LLC, 3 POINT MEDIA DELTA, LLC, 3 POINT MEDIA-UTAH, LLC, 3 POINT MEDIA-FRANKLIN, LLC, 3 POINT MEDIA-PRESCOTT VALLEY, LLC, 3 POINT MEDIA-COALVILLE, LLC, 3 POINT MEDIA-ARIZONA, LLC, 3 POINT MEDIA-FLORIDA, LLC, 3 POINT MEDIA-KANSAS, LLC, 3 POINT MEDIA-OGDEN, LLC, 3 POINT MEDIA-SAN FRANCISCO, LLC, MIDVALLEY RADIO PARTNERS, LLC, D&B TOWERS LLC, SUPERIOR BROADCASTING OF NEVADA, LLC, SUPERIOR BROADCASTING OF DENVER, LLC, WACKENBURG ASSOCIATES, LLC, PORTLAND BROADCASTING LLC, DESERT SKY MEDIA LLC, SKY MEDIA LLC, DEVINE RACING MANAGEMENT, LLC, ACB CONSULTING CO., and John Does 1-50,

                        Defendants.
─────────────────────────────────────X
CHRISTOPHER DEVINE, LAKESHORE MEDIA, LLC MILLCREEK BROADCASTING LLC, COLLEGE CREEK MEDIA LLC, MARATHON MEDIA GROUP, LLC, 3 POINT MEDIA-SALT LAKE CITY, LLC, 3 POINT MEDIA DELTA, LLC, 3 POINT MEDIA-UTAH, LLC, 3 POINT MEDIA-FRANKLIN, LLC 3 POINT MEDIA-PRESCOTT VALLEY, LLC, 3 POINT MEDIA-COALVILLE, LLC, 3 POINT MEDIA-ARIZONA, LLC, 3 POINT MEDIA-FLORIDA, LLC, 3 POINT MEDIA-KANSAS, LLC, 3 POINT MEDIA-OGDEN, LLC, 3 POINT MEDIA-SAN FRANCISCO, LLC, MIDVALLEY RADIO PARTNERS, LLC SUPERIOR BROADCASTING OF NEVADA, LLC, SUPERIOR BROADCASTING OF DENVER, LLC, WACKENBURG ASSOCIATES, LLC, PORTLAND BROADCASTING LLC, DESERT SKY MEDIA LLC, SKY MEDIA LLC and ACB CONSULTING CO.,

                        Third-Party Plaintiffs,

-against-

LUKE ALLEN,

                        Third-Party Defendant.
─────────────────────────────────────X

No. 09-cv-0668
(ADS) (ETB)

**NOTICE OF APPEARANCE**

- 2 -

**PLEASE TAKE NOTICE** that Megan J. Muoio of the law firm Allyn & Fortuna LLP, 200 Madison Avenue, 5th Floor, New York, New York, 10016, hereby appears in the above-captioned action as attorney for defendant D&B Towers LLC.

Dated: September 15, 2011
      New York, New York

                              ALLYN & FORTUNA LLP

                              By: _____
                                 Megan J. Muoio (JM-6121)
                              *Attorneys for Defendant D&B Towers LLC*
                              200 Madison Avenue, 5th Floor
                              New York, New York  10016
                              Telephone: (212) 213-8844
                              Facsimile: (212) 213-3318
                              E-mail: mmuoio@allynfortuna.com