

# Farrell Fritz, P.C.

1320 RXR Plaza
Uniondale, New York 11556-1320
Telephone 516.227.0700
Fax 516.227.0777
www.farrellfritz.com

**James M. Wicks**
Partner

Direct Dial 516.227.0617
Direct Fax 516.336.2204
jwicks@farrellfritz.com

Our File No.

December 16, 2011

**BY ECF**
Magistrate Judge E. Thomas Boyle
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Estate of C. Robert Allen, III by its Executrix, Grace M. Allen against Devine, et al., 09-CV0668 (ADS)(ETB) (E.D.N.Y.)*

Dear Magistrate Judge Boyle:

    This firm represents Plaintiff in the above-referenced action. On behalf of all parties I respectfully submit the proposed scheduling order for Your Honor's consideration and approval.

    We thank you for your attention to this matter.

                                Respectfully submitted,

                                James M. Wicks

JMW:nm
Attachment
cc:    All Counsel of Record (Via ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
THE ESTATE OF C. ROBERT ALLEN, III, by its
Executrix, GRACE M. ALLEN,

                            Plaintiff,

  -against-

CHRISTOPHER DEVINE, LAKESHORE MEDIA, LLC,
MILCREEK BROADCASTING LLC, COLLEGE CREEK
MEDIA LLC, MARATHON MEDIA GROUP, LLC, 3
POINT MEDIA – SALT LAKE CITY, LLC, 3 POINT
MEDIA DELTA, LLC, 3 POINT MEDIA – UTAH, LLC,
3 POINT MEDIA – FRANKLIN, LLC, 3 POINT MEDIA
– PRESCOTT VALLEY, LLC, 3 POINT MEDIA –
COALVILLE, LLC, 3 POINT MEDIA – ARIZONA, LLC,
3 POINT MEDIA - FLORIDA, LLC, 3 POINT MEDIA –
KANSAS, LLC, 3 POINT MEDIA – OGDEN LLC, 3
POINT MEDIA – SAN FRANCISO, LLC, MIDVALLEY
RADIO PARTNERS, LLC, D&B TOWERS LLC,
SUPERIOR BROADCASTING OF NEVADA, LLC,
SUPERIOR BROADCASTING OF DENVER, LLC,
WACKENBURG ASSOCIATES, LLC, PORTLAND
BROADCASTING LLC, DESERT SKY MEDIA LLC,
SKY MEDIA LLC, DEVINE RACING MANAGEMENT,
LLC, ACB CONSULTING CO., and John Does 1 – 50,

                            Defendants.
---------------------------------------------------------------X

**[PROPOSED]**
**SCHEDULING ORDER**

Docket No.:
09-CV-0668 (ADS) (ETB)

CHRISTOPHER DEVINE, LAKESHORE MEDIA, LLC,
MILCREEK BROADCASTING LLC, COLLEGE CREEK
MEDIA LLC, MARATHON MEDIA GROUP, LLC, 3
POINT MEDIA – SALT LAKE CITY, LLC, 3 POINT
MEDIA DELTA, LLC, 3 POINT MEDIA – UTAH, LLC,
3 POINT MEDIA – FRANKLIN, LLC, 3 POINT MEDIA
– PRESCOTT VALLEY, LLC, 3 POINT MEDIA –
COALVILLE, LLC, 3 POINT MEDIA – ARIZONA, LLC,
3 POINT MEDIA – FLORIDA, LLC, 3 POINT MEDIA –
KANSAS, LLC, 3 POINT MEDIA – OGDEN, LLC, 3
POINT MEDIA – SAN FRANCISO, LLC,
MIDVALLEY RADIO PARTNERS, LLC, D&B
TOWERS LLC, SUPERIOR BROADCASTING OF
NEVADA, LLC, SUPERIOR BROADCASTING OF
DENVER, LLC, WACKENBURG ASSOCIATES, LLC,
PORTLAND BROADCASTING LLC, DESERT SKY

```
MEDIA LLC, SKY MEDIA LLC, DEVINE RACING       :
MANAGEMENT, LLC, ACB CONSULTING CO., and      :
John Does 1-50,                               :
                                              :
                    Third-Party Plaintiffs,   :
        -against-                             :
                                              :
LUKE ALLEN,                                   :
                    Third-Party Defendant.    :
----------------------------------------------X
```

Pursuant to the Court's Order dated December 12, 2011 (DE 250), the following Proposed Scheduling Order is adopted. This Plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. **Fact Discovery Completion Date**: Except for good cause shown, all fact discovery shall be commenced in time to be completed by *July 18, 2012*.

2. **Expert Discovery Completion Date**: Except for good cause shown, all expert discovery shall be commenced in time to be completed by *September 18, 2012*.

3. **Dispositive Motions**: Any party planning on making a dispositive motion must take the first step in the motion process by *November 18, 2012* or risk forfeiting the right to make such motion. Parties are directed to consult the District Judge's individual rules regarding such motion practice.

4. **Final Pretrial Conference**: A final pretrial conference before the undersigned will be held by phone on *January___, 2013 at _____ a.m./p.m.* Meaningful settlement discussions will occur at the conference. Clients or other persons with full settlement authority must be available by telephone. Parties are to electronically file a joint pretrial order in compliance with the District Judge's individual rules, signed by counsel for each party, prior to the conference.

5. **Next Case Management Conference:** As per the Court's Order dated December 12, 2011 (DE 250), the next case management conference will be held on *May 18, 2012, at 1:30 p.m.* by telephone.

2

This Proposed Scheduling Order may be executed in counterparts.

This Proposed Scheduling Order may be modified only upon good cause shown.

Dated: December 15, 2011

FARRELL FRITZ, P.C.

By: _____
James M. Wicks
*Attorneys for Plaintiff*
1320 RXR Plaza
Uniondale, New York 11556
Tel.: (516) 227-0700

PECKAR & ABRAMSON

By: _____
Daniel E. Buddrick
*Attorneys for Defendants*
*Christopher Devine*
*Lakeshore Media, LLC*
*Millcreek Broadcasting LLC*
*College Creek Media LLC*
*Marathon Media Group, LLC*
*3 Point Media – Salt Lake City, LLC*
*3 Point Media Delta, LLC*
*3 Point Media – Utah, LLC*
*3 Point Media – Franklin, LLC*
*3 Point Media – Prescott Valley, LLC*
*3 Point Media – Coalville, LLC*
*3 Point Media – Arizona, LLC*
*3 Point Media – Florida, LLC*
*3 Point Media – Kansas, LLC*
*3 Point Media – Ogden, LLC*
*3 Point Media – San Francisco, LLC*
*Midvalley Radio Partners, LLC*
*Superior Broadcasting of Nevada, LLC*
*Superior Broadcasting of Denver, LLC*
*Wackenburg Assocates, LLC*
*Portland Broadcasting LLC*
*Desert Sky Media LLC*
*Sky Media LLC*
*ACB Consulting Co.*
208 South LaSalle St., Suite 1356
Chicgao, IL 60604
Tel 312-881-6303:
Fax 312-435-2482

3

ALLYN & FORTUNA

By: /s/ Nicholas J. Fortuna
Nicholas J. Fortuna
Megan Jeane Muoio
*Attorneys for Defendant and*
*Third-Party Plaintiff*
*D&B Towers LLC*
1010 Avenue of the Americas
3rd Floor
New York, New York 10018
Tel.: (212) 213-3318

COHEN & GRESSER LLP

By: _____
Alexandra Sarah Wald
Nathaniel P.T. Read
*Attorneys for Third-Party Defendant*
*Luke Allen*
800 Third Avenue
21st Floor
New York, New York 10022
Tel.: (212) 957-7600

SO ORDERED:

_____
E. Thomas Boyle
United States Magistrate Judge

Interwoven\2126811.1

4

ALLYN & FORTUNA

By: _____
   Nicholas J. Fortuna
   Megan Jeane Muoio
   *Attorneys for Defendant and*
   *Third-Party Plaintiff*
   *D&B Towers LLC*
   1010 Avenue of the Americas
   3rd Floor
   New York, New York 10018
   Tel.: (212) 213-3318

COHEN & GRESSER LLP

By: _____
   Alexandra Sarah Wald
   Nathaniel P.T. Read
   *Attorneys for Third-Party Defendant*
   *Luke Allen*
   800 Third Avenue
   21st Floor
   New York, New York 10022
   Tel.: (212) 957-7600

SO ORDERED:

_____
E. Thomas Boyle
United States Magistrate Judge

Interwoven\2126811.1

4