FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★ DEC 19 2011 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
THE ESTATE OF C. ROBERT ALLEN, III, by its :
Executrix, GRACE M. ALLEN, :
: [PROPOSED]
Plaintiff, : SCHEDULING ORDER
:
-against- :
: Docket No.:
CHRISTOPHER DEVINE, LAKESHORE MEDIA, LLC, : 09-CV-0668 (ADS) (ETB)
MILCREEK BROADCASTING LLC, COLLEGE CREEK :
MEDIA LLC, MARATHON MEDIA GROUP, LLC, 3 :
POINT MEDIA – SALT LAKE CITY, LLC, 3 POINT :
MEDIA DELTA, LLC, 3 POINT MEDIA – UTAH, LLC, :
3 POINT MEDIA – FRANKLIN, LLC, 3 POINT MEDIA :
– PRESCOTT VALLEY, LLC, 3 POINT MEDIA – :
COALVILLE, LLC, 3 POINT MEDIA – ARIZONA, LLC, :
3 POINT MEDIA - FLORIDA, LLC, 3 POINT MEDIA – :
KANSAS, LLC, 3 POINT MEDIA – OGDEN LLC, 3 :
POINT MEDIA – SAN FRANCISO, LLC, MIDVALLEY :
RADIO PARTNERS, LLC, D&B TOWERS LLC, :
SUPERIOR BROADCASTING OF NEVADA, LLC, :
SUPERIOR BROADCASTING OF DENVER, LLC, :
WACKENBURG ASSOCIATES, LLC, PORTLAND :
BROADCASTING LLC, DESERT SKY MEDIA LLC, :
SKY MEDIA LLC, DEVINE RACING MANAGEMENT, :
LLC, ACB CONSULTING CO., and John Does 1 – 50, :
:
Defendants. :
------------------------------------X
CHRISTOPHER DEVINE, LAKESHORE MEDIA, LLC, :
MILCREEK BROADCASTING LLC, COLLEGE CREEK :
MEDIA LLC, MARATHON MEDIA GROUP, LLC, 3 :
POINT MEDIA – SALT LAKE CITY, LLC, 3 POINT :
MEDIA DELTA, LLC, 3 POINT MEDIA – UTAH, LLC, :
3 POINT MEDIA – FRANKLIN, LLC, 3 POINT MEDIA :
– PRESCOTT VALLEY, LLC, 3 POINT MEDIA – :
COALVILLE, LLC, 3 POINT MEDIA – ARIZONA, LLC, :
3 POINT MEDIA – FLORIDA, LLC, 3 POINT MEDIA – :
KANSAS, LLC, 3 POINT MEDIA – OGDEN, LLC, 3 :
POINT MEDIA – SAN FRANCISCO, LLC, :
MIDVALLEY RADIO PARTNERS, LLC, D&B :
TOWERS LLC, SUPERIOR BROADCASTING OF :
NEVADA, LLC, SUPERIOR BROADCASTING OF :
DENVER, LLC, WACKENBURG ASSOCIATES, LLC, :
PORTLAND BROADCASTING LLC, DESERT SKY :

```
MEDIA LLC, SKY MEDIA LLC, DEVINE RACING      :
MANAGEMENT, LLC, ACB CONSULTING CO., and     :
John Does 1-50,                              :
                                             :
                      Third-Party Plaintiffs,:
      -against-                              :
                                             :
LUKE ALLEN,                                  :
                      Third-Party Defendant. :
---------------------------------------------X
```

Pursuant to the Court's Order dated December 12, 2011 (DE 250), the following Proposed Scheduling Order is adopted. This Plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. **Fact Discovery Completion Date**: Except for good cause shown, all fact discovery shall be commenced in time to be completed by *July 18, 2012*.

2. **Expert Discovery Completion Date**: Except for good cause shown, all expert discovery shall be commenced in time to be completed by *September 18, 2012*.

3. **Dispositive Motions**: Any party planning on making a dispositive motion must take the first step in the motion process by ~~November~~ October 18, 2012 or risk forfeiting the right to make such motion. Parties are directed to consult the District Judge's individual rules regarding such motion practice.

4. **Final Pretrial Conference**: A final pretrial conference before the undersigned will be held by phone on ~~January~~ October 22, 2012 at 10 a.m./p.m. Meaningful settlement discussions will occur at the conference. Clients or other persons with full settlement authority must be available by telephone. Parties are to electronically file a joint pretrial order in compliance with the District Judge's individual rules, signed by counsel for each party, prior to the conference.

5. **Next Case Management Conference:** ~~As per the Court's Order dated December 12, 2011 (DE 250), the next case management conference will be held on *May 18, 2012, at 1:30 p.m.* by telephone.~~

2

This Proposed Scheduling Order may be executed in counterparts.

This Proposed Scheduling Order may be modified ~~only upon good cause shown~~ *by the court consistent with the initial scheduling order dated 12/19/11.*

Dated: December 15, 2011

FARRELL FRITZ, P.C.

By: _____
James M. Wicks
*Attorneys for Plaintiff*
1320 RXR Plaza
Uniondale, New York 11556
Tel.: (516) 227-0700

12/19/11
So ordered
/s/ E. Thomas Boyle, U.S.M.J.

PECKAR & ABRAMSON

By: _____
Daniel E. Buddrick
*Attorneys for Defendants*
Christopher Devine
Lakeshore Media, LLC
Millcreek Broadcasting LLC
College Creek Media LLC
Marathon Media Group, LLC
3 Point Media – Salt Lake City, LLC
3 Point Media Delta, LLC
3 Point Media – Utah, LLC
3 Point Media – Franklin, LLC
3 Point Media – Prescott Valley, LLC
3 Point Media – Coalville, LLC
3 Point Media – Arizona, LLC
3 Point Media – Florida, LLC
3 Point Media – Kansas, LLC
3 Point Media – Ogden, LLC
3 Point Media – San Francisco, LLC
Midvalley Radio Partners, LLC
Superior Broadcasting of Nevada, LLC
Superior Broadcasting of Denver, LLC
Wackenburg Assocates, LLC
Portland Broadcasting LLC
Desert Sky Media LLC
Sky Media LLC
ACB Consulting Co.
208 South LaSalle St., Suite 1356
Chicgao, IL 60604
Tel 312-881-6303:
Fax 312-435-2482

3

| | |
|---|---|
| ALLYN & FORTUNA<br><br>By: *[signature]*<br>Nicholas J. Fortuna<br>Megan Jeane Muoio<br>*Attorneys for Defendant and*<br>*Third-Party Plaintiff*<br>*D&B Towers LLC*<br>1010 Avenue of the Americas<br>3rd Floor<br>New York, New York 10018<br>Tel.: (212) 213-3318 | COHEN & GRESSER LLP<br><br>By: _____<br>Alexandra Sarah Wald<br>Nathaniel P.T. Read<br>*Attorneys for Third-Party Defendant*<br>*Luke Allen*<br>800 Third Avenue<br>21st Floor<br>New York, New York 10022<br>Tel.: (212) 957-7600 |

SO ORDERED:

_____
E. Thomas Boyle
United States Magistrate Judge

Interwoven\2126811.1

4

Case 2:09-cv-00668-ETB Document 255 Filed 12/19/11 Page 5 of 5 PageID #: 5844
12/16/2011 19:25 FAX 212 957 4514 COHEN & GRESSER LLP ☒002/004
Case 2:09-cv-00668-ADS-ETB Document 253 Filed 12/16/11 Page 6 of 6 PageID #: 5637

| ALLYN & FORTUNA | COHEN & GRESSER LLP |
|---|---|
| By: _____ | By: _/s/_____ |
| Nicholas J. Fortuna | Alexandra Sarah Wald |
| Megan Jeane Muoio | Nathaniel P.T. Read |
| *Attorneys for Defendant and Third-Party Plaintiff* | *Attorneys for Third-Party Defendant* |
| *D&B Towers LLC* | *Lake Allen* |
| 1010 Avenue of the Americas | 800 Third Avenue |
| 3rd Floor | 21st Floor |
| New York, New York 10018 | New York, New York 10022 |
| Tel.: (212) 213-3318 | Tel.: (212) 957-7600 |

SO ORDERED:

_____
E. Thomas Boyle
United States Magistrate Judge

Interwoven\2126813_1

4