UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE ESTATE OF C. ROBERT ALLEN, III, by its
Executrix, GRACE M. ALLEN,

                            Plaintiff(s),         <u>ORDER</u>

      -against-                          CV 09-0668 (SJF) (ETB)

CHRISTOPHER DEVINE, et al.,

                            Defendants(s).
----------------------------------------------------------------X

       All discovery, including experts, shall be completed by May 18, 2012.

       A final conference shall be held by telephone at 11:00 a.m. on May 29, 2011 with E. Thomas Boyle, United States Magistrate Judge. All counsel shall participate.

       Plaintiff's counsel is directed to initiate the conference call and have all parties on the line before connecting the court (631-712-5710). The call should be made through the teleconference operator provided by your long-distance service (e.g., AT&T, MCI, Sprint).

       No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference. All requests should be in writing, on consent of all parties, and contain at least two (2) adjourned dates on which all parties are available. In the absence of consent, an explanation of counsel's efforts to obtain agreement should be stated. All requests for adjournments should be sent to chambers via ECF on notice to all parties.

       Plaintiff's counsel shall serve a copy of this order on all parties.

**SO ORDERED:**

Dated: Central Islip, New York
       January 23, 2011

                                                      /s/ E. Thomas Boyle
                                                      E. THOMAS BOYLE
                                                      United States Magistrate Judge