D+f

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
THE ESTATE OF C. ROBERT ALLEN, III, by its
Executrix, GRACE M. ALLEN,

      Plaintiff,

  - against -

CHRISTOPHER DEVINE, LAKESHORE MEDIA, LLC,
MILCREEK BROADCASTING LLC, COLLEGE CREEK
MEDIA LLC, MARATHON MEDIA GROUP, LLC, 3
POINT MEDIA – SALT LAKE CITY, LLC, 3 POINT
MEDIA DELTA, LLC, 3 POINT MEDIA – UTAH, LLC,
3 POINT MEDIA – FRANKLIN, LLC, 3 POINT MEDIA
– PRESCOTT VALLEY, LLC, 3 POINT MEDIA –
COALVILLE, LLC, 3 POINT MEDIA – ARIZONA, LLC,
3 POINT MEDIA – FLORIDA, LLC, 3 POINT MEDIA –
KANSAS, LLC, 3 POINT MEDIA – OGDEN LLC, 3
POINT MEDIA – SAN FRANCISCO, LLC, MIDVALLEY
RADIO PARTNERS, LLC, D&B TOWERS LLC,
SUPERIOR BROADCASTING OF NEVADA, LLC,
SUPERIOR BROADCASTING OF DENVER, LLC,
WACKENBERG ASSOCIATES, LLC, PORTLAND
BROADCASTING LLC, DESERT SKY MEDIA LLC,
SKY MEDIA LLC, DEVINE RACING MANAGEMENT,
LLC, ACB CONSULTING CO., and John Does 1 – 50,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
CHRISTOPHER DEVINE, LAKESHORE MEDIA, LLC,
MILCREEK BROADCASTING LLC, COLLEGE CREEK
MEDIA LLC, MARATHON MEDIA GROUP, LLC, 3
POINT MEDIA – SALT LAKE CITY, LLC, 3 POINT
MEDIA DELTA, LLC, 3 POINT MEDIA – UTAH, LLC,
3 POINT MEDIA – FRANKLIN, LLC, 3 POINT MEDIA
– PRESCOTT VALLEY, LLC, 3 POINT MEDIA –
COALVILLE, LLC, 3 POINT MEDIA – ARIZONA, LLC,
3 POINT MEDIA – FLORIDA, LLC, 3 POINT MEDIA –
KANSAS, LLC, 3 POINT MEDIA – OGDEN, LLC, 3
POINT MEDIA – SAN FRANCISCO, LLC,
MIDVALLEY RADIO PARTNERS, LLC, D&B
TOWERS, LLC, SUPERIOR BROADCASTING OF
NEVADA, LLC, SUPERIOR BROADCASTING OF
DENVER, LLC, WACKENBERG ASSOCIATES, LLC,

~~PROPOSED~~
**REVISED**
**SCHEDULING**
**ORDER**

**Docket No.**
09-CV-0668
(ADS) (ETB)

———

1

269-1

PORTLAND BROADCASTING LLC, DESERT SKY
MEDIA LLC, SKY MEDIA LLC, DEVINE RACING
MANAGEMENT, LLC, ACB CONSULTING CO., and
John Does 1-50,

                         Third-Party Plaintiffs,

    - against -

LUKE ALLEN,

                         Third-Party Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    Pursuant to Fed. R. Civ. P. 16(b), and upon application by Plaintiff, the following

Proposed Revised Scheduling Order is adopted.  This Plan is also a scheduling order pursuant to

Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1.  **Fact Discovery Completion Date**: Except for good cause shown, all fact discovery shall
    be commenced in time to be completed by *September 17, 2012.*

2.  **Expert Discovery Completion Date**: Except for good cause shown, all expert discovery
    shall be commenced in time to be completed by ~~November 19, 2012.~~  10/22/12
    ~~November 16, 2012~~

3.  **Dispositive Motions**: Any party planning on making a dispositive motion must take the
    first step in the motion process by ~~December 17, 2012~~ or risk forfeiting the right to make
    such motion.   Parties are directed to consult the District Judge's individual rules
    regarding such motion practice.               10/22/12 at 10:00 am

4.  **Final Pretrial Conference**: A final pretrial conference before the undersigned will be
    held by phone on ~~December 21, 2012 at 10:00 a.m.~~ Meaningful settlement discussions
    will occur at the conference.  Clients or other persons with full settlement authority must
    be available by telephone.  Parties are to electronically file a joint pretrial order in
    compliance with the District Judge's individual rules, signed by counsel for each party,
    prior to the conference.

    This Proposed Scheduling Order may be executed in counterparts.

    This Proposed Scheduling Order may be modified by the Court consistent with the initial
scheduling order dated December 19, 2011.

2

Dated:        April __, 2012


**CAMPOLO, MIDDLETON**                    **PECKAR & ABRAMSON**
**& McCORMICK, LLP**

By: _____             By: _____

     Patrick McCormick                       Daniel E. Budorick
     Joseph N. Campolo                       *Attorneys for Defendants*
     *Attorneys for Plaintiff*                 *Christopher Devine*
     3340 Veterans Memorial Hwy              *Lakeshore Media, LLC*
     Suite 400                               *Millcreek Broadcasting LLC*
     Bohemia, New York 11716                 *College Creek Media LLC*
     Tel (631) 738-9100                      *Marathon Media Group, LLC*
     Fax (631) 738-0659                      *3 Point Media – Salt Lake City, LLC*
                                             *3 Point Media Delta, LLC*
                                             *3 Point Media – Utah, LLC*
                                             *3 Point Media – Franklin, LLC*
                                             *3 Point Media – Prescott Valley, LLC*
                                             *3 Point Media – Coalville, LLC*
                                             *3 Point Media – Arizona, LLC*
                                             *3 Point Media – Florida, LLC*
                                             *3 Point Media – Kansas, LLC*
                                             *3 Point Media – Ogden, LLC*
                                             *3 Point Media – San Francisco, LLC*
                                             *Midvalley Radio Partners, LLC*
                                             *Superior Broadcasting of Nevada, LLC*
                                             *Superior Broadcasting of Denver, LLC*
                                             *Wackenberg Associates, LLC*
                                             *Portland Broadcasting LLC*
                                             *Desert Sky Media LLC*
                                             *Sky Media LLC*
                                             *ACB Consulting Co.*
                                             208 South LaSalle St., Suite 1356
                                             Chicago, Illinois 60604
                                             Tel (312) 881-6303
                                             Fax (312) 435-2482

**ALLYN & FORTUNA**

By: _____

Nicholas J. Fortuna
Megan Jeane Muoio
*Attorneys for Defendant and*
*Third-Party Plaintiff*
*D&B Towers LLC*
1010 Avenue of the Americas
Third Floor
New York, New York 10018
Tel (212) 213-3318

4/5/12   SO ORDERED:  As modified

/s/ E. Thomas Boyle, U.S.M.J.

4