CAMPOLO, MIDDLETON & MCCORMICK, LLP
3340 VETERANS MEMORIAL HIGHWAY, SUITE 400
BOHEMIA, NY 11716
(631) 738-9100
FAX (631) 738-0659
www.cmmllp.com

June 13, 2012

Magistrate Judge E. Thomas Boyle
United States District Court
100 Federal Plaza
Central Islip, NY 11722

Re: **The Estate of C. Robert Allen, III, by its Executrix, Grace M. Allen v. Christopher Devine, et al**
<u>**Civil Action No. 09 cv 0668 (ADS) (ETB)**</u>

Dear Magistrate Judge Boyle:

We represent the Plaintiff in the above referenced matter and submit this letter application in accordance with Local Rule 1.3 for admission of Lauren Kanter, Esq. so that she may appear tomorrow, June 14, 2012, at a deposition in connection with this matter.

Ms. Kanter is currently admitted to the New York Bar and is in good standing. Ms. Kanter has submitted her application to be admitted to the Bar of the Eastern District of New York; as set forth in the annexed letter from the Deputy Court Clerk, her admission has been approved and she is scheduled to be sworn in next week on June 20, 2012.

We respectfully request that Ms. Kanter be admitted under Rule 1.3(c) to be permitted to appear at the June 14, 2012 deposition in this case.

Respectfully submitted,

**CAMPOLO, MIDDLETON
& MCCORMICK, LLP**

By: _____
Patrick M. McCormick, Esq.

PMC:pl
cc: Peckar & Abramson (via ecf)
Allen & Fortuna (via ecf)